# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JONATHAN CHASE MITCHELL

VERSUS

AMY DUNN MITCHELL

NO.  2024 CW 0731

**OCTOBER 7, 2024**

---

In Re:   Amy Dunn Mitchell, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 150751.

---

**BEFORE:   WOLFE, MILLER, AND GREENE, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to comply with Rule 4-5 of the Uniform Rules of Louisiana Courts of Appeal, as it failed to include a copy of the judgment, order, or ruling complained of, a copy of the judge's reasons for judgment, order, or ruling (if written), a copy of each pleading on which the judgment, order, or ruling was founded, including the petition and the motion, memorandum and attachments, a copy of any opposition and any attachments thereto, a copy of pertinent court minutes, and a copy of the notice of intent and return date order.  In addition, the writ application further failed to comply with Rule 4-5, as it failed to contain an affidavit verifying the allegations of the application and certifying that a copy was delivered, transmitted, or mailed to the respondent judge and opposing counsel, an index of all items contained therein, providing the corresponding page number for all attachments, issues and questions of law presented for determination, and assignments of error.

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted herein and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before November 6, 2024, and must contain a copy of this ruling.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT